## No. 13,716.

### Holmes v. Graham.
(46 P. [2d] 1117)

Decided June 17, 1935.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. Louis Wagner, for plaintiff in error.

Messrs. Quiat & Cummings, for defendant in error.